THE PEOPLE *ex rel.* GUY ROBERT WOODS, Appellant, *v.* ELZA BRANTLEY, Warden, Illinois State Penitentiary, Appellee.

(No. 72-236; ▮▮▮▮▮▮▮

Fifth District—July 2, 1973.

▮▮▮▮▮▮

PER CURIAM.

Kelly D. Long, State's Attorney, of Hillsboro, for appellant.

Robert E. Farrell, District Defender, of Defender Project, of Mt. Vernon, for appellee.